# EXHIBIT "A"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARCO OHLIN and NATASHA PARACHA,<br><br>Plaintiffs,<br><br>v.<br><br><br>DEFENDANT "1" a/k/a "SELINA" and JOHN DOES 1-20, as yet unidentified Individuals, Business Entities and/or Unincorporated Associations,<br><br>Defendants. | CASE NO. 3:23 cv-08856 |

## DECLARATION OF MARCO OHLIN

Pursuant to 28 U.S.C. § 1746, I, MARCO OHLIN, declare the following:

1.My name is Marco Ohlin. I am over eighteen (18) years of age, and I am one the plaintiffs in the above-captioned lawsuit. I make this affidavit based upon my personal knowledge.

2.This affidavit is made in support of my Motion for Temporary Restraining Order Without Notice against Defendant "1" a/k/a "SELINA" and JOHN DOE Defendants 1-20 (the "Motion").

3.I have reviewed the Motion as well as the documents referenced therein. I have also reviewed, and am familiar with, the Complaint [DE 1] and the First Amended Complaint [DE 3] filed in this action.

4.In support of the Motion, I represent based upon my personal knowledge and on my investigation to date, the factual allegations contained in the following particular paragraphs of the Amended Complaint which directly relate to the narrow form of equitable relief sought by the Motion

are believed to be true and correct: ¶¶ 1, 2, 3, 6, 7, 8, 9, 11, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 35, 37, 39.

5.  To be clear, while I believe all allegations in the Amended Complaint to be true, I merely limit this declaration to the cited paragraphs for the narrow purpose of the relief sought by the Motion.

FURTHER DECLARANT SAYETH NAUGHT.

## VERIFICATION

I, MARCO OHLIN, hereby verify and declare under penalty of perjury that I have read the foregoing declaration and know the contents thereof, and that the matters contained in the declaration are true to my own knowledge.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

/s/
Marco Ohlin

DATED this __24th__ day of May 2023.