# EXHIBIT "B"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

MARCO OHLIN and NATASHA PARACHA,

        Plaintiffs,

v.                                                                                                    CASE NO. 3:23 cv-08856

DEFENDANT "1" a/k/a "SELINA" and JOHN DOES 1-20, as yet unidentified Individuals, Business Entities and/or Unincorporated Associations,

        Defendants.

## DECLARATION OF JUSTIN MAILE

Pursuant to 28 U.S.C. § 1746, I, Justin Maile, declare the following:

1. My name is Justin Maile. I am over eighteen (18) years of age and make this affidavit based upon my own personal knowledge.

2. I am an employee of Cipherblade with significant experience in cryptocurrency, blockchain technology and the forensic tracing of stolen cryptocurrency assets.

3. I have a background in network engineering and cryptocurrency forensic investigations and hold the following credentials related to forensic cryptocurrency tracing and investigations: Chainalysis Cryptocurrency Fundamentals Certification, Chainalysis Reactor Certification, Chainalysis Investigation Specialist Certification, and Chainalysis Ethereum Investigations Certification.

4. Among other techniques, I utilize investigative software to track and trace the movement of cryptocurrency transactions throughout the blockchain.

5. My forensic investigations have led to arrests, recovery of cryptocurrency acquired by theft and fraud, and seizure of illicit funds.

6. I am actively involved in assisting local, state, and federal law enforcement and regulatory agencies around the country to help track, trace and monitor illicit cryptocurrency activities.

7. I was retained by Plaintiffs in this action to track the cryptocurrency that Plaintiffs allege were stolen from them.

8. My tracing of Plaintiffs' stolen cryptocurrencies is included in the Amended Complaint, and I represent, based upon my personal knowledge and on my investigation to date, the factual allegations contained in the following paragraphs represent my efforts to trace Plaintiffs' stolen cryptocurrencies and are believed by me to be true and correct: ¶¶ 34, 35, 36, 37, 38, 39, 40, 41.

9. I tracked the cryptocurrency to identified electronic cryptocurrency wallets held primarily at cryptocurrency exchanges Binance and OKX ("Defendants' Crypto Wallets") as alleged in Plaintiffs' Amended Complaint [DE 3] at ¶¶ 34, 35, 36, 37, 38, 39, 40, 41.

10. I have traced Plaintiffs' stolen cryptocurrencies to the following Destination Addresses, also identified in the Emergency Motion for Temporary Restraining Order Without Notice Against Defendant "1" a/k/a "SELINA" and JOHN DOES 1-20, which I have reviewed and have confirmed is true and correct:

| # | EXCHANGE | DESTINATION ADDRESS | ASSET TYPE | ASSETS UNDER CLAIM (confirmed amount with blockchain analysis, in cryptocurrency unit) |
|---|---|---|---|---|
| 1. | Binance | 1KAr47ZWdEmkLTPDjieF2mqHF7aJUoLEVD | BTC | 18.06583687 |
| 2. | Binance | 0x5a44717f1A7EDe7Ff3C5C6668B7d6cd84323634E | ETH | 19.110906 |
| 3. | Gemini | 0xD620c2Db204247c3C4db370999C90d7b1E5023A2 | ETH | 0.098604 |
| 4. | OKX | 0xcA9B4a51C2ee3F65432f41ea71B6C693551B38F4 | USDT | 210000 |
| 5. | OKX | 0x1ce6880Ae94db5FBb5772EdA73A29c101F4D7D0d | USDT | 165025 |

| 6. | OKX | 0xE62462b570A34Cc19C59005289D193fb2fB6E3EA | USDT | 24139 |
|---|---|---|---|---|
| 7, | Unknown service | 0x389505f098a29a994A3ed0e674f07cd451dde42C | ETH | 0.735681 |
| 8. | Unknown service | 0x000F422887eA7d370FF31173FD3B46c8F66A5B1c | ETH | 0.43432389 |

11.  It is very easy to move cryptocurrencies on the blockchain.  In fact, cryptocurrency can be moved in seconds from wallet-to-wallet or from exchange-to-exchange.  Based on my experience, if these assets are not frozen, it is very possible the individuals who stole these assets could move them to a foreign exchange or even worse, a cold wallet, which would prevent Plaintiffs from recovering their stolen cryptocurrency, causing significant, irreparable harm.

FURTHER DECLARANT SAYETH NAUGHT.

## VERIFICATION

I, Justin Maile, hereby verify and declare under penalty of perjury that I have read the foregoing declaration and know the contents thereof, and that the matters contained in the declaration are true to my own knowledge.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

DATED this __25th__ day of May 2023.

/s/ Justin Maile
Justin Maile