# United States District Court
## Civil Hearing Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 9:00 AM | Case No. | 3:23cv8856-TKW |
| Time Concluded | 9:45 AM | Date | 6/8/2023 |

**DOCKET ENTRY:** Hearing held Re [5] Motion and [6] Temporary Restraining Order. Court finds good cause to extend [6] Temporary Restraining Order for 14 days/Preliminary Injunction hearing scheduled for 6/22/2023 at 9:00 AM. Pla to file notice/affidavit re service compliance. Order to be entered. 1 Plaintiff exhibit envelope admitted (Exhibits 1 -3).

PRESENT: U.S. DISTRICT JUDGE **T. KENT WETHERELL, II**     Paula Cawby     Julie Wycoff
                                                            Deputy Clerk    Court Reporter

**Style of Case:**  OHLIN et al v. DEFENDANT "1" a/k/a "SELINA" et al

| Plaintiff Counsel Present | Plaintiff |
|---|---|
| Daniel Thornburgh | Marco Ohlin |
| Stephen Echsner | Natasha Paracha |
| Maury Goldstein | |

| Defendant Counsel Present | Defendant |
|---|---|
| | Defendant "1" a/k/a "Selina" et al |

**PROCEEDINGS**