UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MARCO OHLIN and NATASHA PARACHA**,

    **Plaintiffs**,

v.                                            Case No. 3:23cv8856-TKW-HTC

**DEFENDANT 1** a/k/a **SELINA**, **et al.**,

    **Defendants**.
_____/

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

This case came before the Court for a hearing on June 8, 2023. The purpose of the hearing was to determine whether to convert the previously issued temporary restraining order (TRO) (Doc. 6) into a preliminary injunction (PI).

The Court cannot convert the TRO into a PI at this time because notice has not yet been provided to the "adverse party" as required by Fed. R. Civ. P. 65(a)(1). However, the Court finds that the arguments and representations made by Plaintiffs on the record at the hearing constitute "good cause" for extending the TRO for an additional 14 days from the date it was originally set to expire, as authorized by Fed. R. Civ. P. 65(b)(2).

Additionally, the Court approved Plaintiffs' ore tenus request under Fed. R. Civ. P. 4(f)(3) for authorization to serve the amended complaint through a non-

fungible token (NFT).  *See Bowen v. Li*, 2023 WL 2346292 (S.D. Fla. Mar. 23, 2023) (approving service through NFT under Rule 4(f)(3)); *Bandyopadhyay v. Defendant 1*, 2022 WL 17176849 (S.D. Fla. Nov. 22, 2022) (same).  Notice of the TRO and the rescheduled PI hearing may be provided to Defendants in the same manner.

Accordingly, for the reasons stated on the record at the hearing, it is **ORDERED** that:

    1.    The TRO is extended on its same terms through June 23, 2023

    2.    Plaintiffs' motion for a TRO (Doc. 5) is construed as motion for a TRO and/or a PI.

    3.    A hearing on the motion for a PI is scheduled for June 22, 2023, at 9:00 a.m. (central time) in the United States Courthouse, Courtroom Four North, 1 North Palafox Street, Pensacola, Florida.

    4.    Plaintiffs may serve the amended complaint and provide notice of the TRO and PI hearing through a NFT in the manner described at the hearing.

    5.    Plaintiffs shall file an affidavit at or before the PI hearing providing additional detail about the NFT process and showing proof of service/notice.

**DONE and ORDERED** this 8th day of June, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**