UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARCO OHLIN and NATASHA PARACHA,

    Plaintiffs,

v.                                                                                    CASE NO. 3:23-cv-08856-TKW-HTC

DEFENDANT "1" a/k/a "SELINA" and JOHN DOES 1-20, as yet unidentified Individuals, Business Entities and/or Unincorporated Associations,

    Defendants.

## NOTICE OF FILING PROOF OF SERVICE

Comes now, Plaintiffs in the above-captioned case and hereby files this Notice of Filing Proof of Service providing information about the creation of the Service NFTs, the Service Website and when and how various digital wallets and/or individuals received notice of this action and notice of the hearing to convert the Temporary Restraining Order into a Preliminary Injunction, pursuant to the Honorable Court's Order Extending Temporary Restraining Order, dated June 8, 2023.[1] The Affidavit of Daniel J. Thornburgh is attached hereto as Exhibit "1".

---

[1] Docket Entry No. ("DE") 9 [Order Extending Temporary Restraining Order].

Respectfully submitted this 21st day of June, 2023.

> By: */s/ Daniel J. Thornburgh*
> Daniel J. Thornburgh (Bar No. 42661)
> dthornburgh@awkolaw.com
> **AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
> 17 East Main Street, Suite 200
> Pensacola, FL 32502
> Telephone: 850-202-1010
> Fax: 850-916-7449
> *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on 21st day of June 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiffs' Service Website (https://usdccourtservice.com/cv-08856/).

By: */s/ Daniel J. Thornburgh*
Daniel J. Thornburgh (Bar No. 42661)
dthornburgh@awkolaw.com
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
*Attorney for Plaintiffs*