# EXHIBIT "1"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

MARCO OHLIN and NATASHA PARACHA,

                Plaintiffs,

v.

DEFENDANT "1" a/k/a "SELINA" and JOHN DOES 1-20, as yet unidentified Individuals, Business Entities and/or Unincorporated Associations,

                Defendants.

CASE NO. 3:23-cv-08856-TKW-HTC

## AFFIDAVIT OF DANIEL J. THORNBURGH, ESQ.

I, Daniel J. Thornburgh, being of sound mind and over 18 years of age, hereby declare under penalty of perjury the following facts regarding the service of process in the above-captioned case:

1. I am counsel of record for Plaintiffs MARCO OHLIN and NATASHA PARACHA.

2. On June 8, 2023, the Court issued an Order Extending Temporary Restraining Order (TRO) and "approved Plaintiffs' ore tenus request under Fed. R. Civ. P.

4(f)(3) for authorization to serve the amended complaint through a non-fungible token (NFT)."[1]

3. In accordance with the Court's order, I directed the creation of non-fungible tokens ("Service NFT" or collectively, the "Service NFTs").[2]

4. The Service NFTs contain a notice of this lawsuit and the preliminary injunction hearing scheduled for June 22, 2023. A copy of a Service NFT is attached hereto as Exhibit "A."

5. Additionally, I also directed the creation of a website ("Service Website") which contains a copy of the following:(a) First Amended Complaint; (b) Summons; (c) Temporary Restraining Order ("TRO"); (d) Order Extending the TRO and scheduling the June 22, 2023 hearing to convert the TRO to a preliminary injunction; and (e) all other legal documents filed in the case. A copy of the Service Website is attached hereto as Exhibit "B."

6. Plaintiffs' Service NFTs contains a URL link to Plaintiffs' Service Website (https://usdccourtservice.com/cv-08856/).

---

[1] Docket Entry No. ("DE") 9 [Order Extending Temporary Restraining Order] at pp. 1-2 (citing *Bowen v. Li*, 2023 WL 2346292 (S.D. Fla. Mar. 23, 2023 and *Bandyopadhyay v. Defendant 1*, 2022 WL 17176849 (S.D. Fla. Nov. 22, 2022).

[2] The Bitcoin (BTC) Service NFTs were created via Gamma, a provider of NFT creation services. Gamma creates NFTs by inscribing user-selected plain text or images onto a fraction of a BTC, which is then sent to a recipient. The Service NFTs for Ethereum were created in a similar, but distinctive fashion, due to differences in how transactions are stored on the Ethereum network.

7. On June 13, 2023, Plaintiffs served notice of the lawsuit and the preliminary injunction hearing via the Service NFTs to 6 digital Ethereum wallets that were connected to the theft of Plaintiffs' cryptocurrencies.

8. On June 15, 2023, Plaintiffs served notice of the lawsuit and preliminary injunction hearing via a Service NFT to an additional digital Bitcoin wallet connected to the theft of Plaintiffs' stolen cryptocurrencies.[3]

9. Moreover, Plaintiffs provided a copy of the Court's order extending the TRO to Gemini, an exchange where one of the associated wallets is held. Gemini confirmed that the wallet was frozen but also disclosed the identity, physical address, and contact information of the Gemini Wallet owner whose name is Azusena Meza.

10. Thus, on June 15, 2023, Ms. Meza was personally served with notice of this action and the preliminary injunction hearing. Proof of service is attached as Exhibit "C."

11. The chart below provides a summary of service, including the dates and how service was effectuated:

---

[3] The two-day delay in service on this wallet occurred because of the differences in service of the Service NFT to BTC wallet compared to an Ethereum wallet. However, upon information and belief, this BTC wallet had already been frozen and seized by the United States Secret Service, per a communication with the undersigned and Special Agent Dylan Tucker.

| Wallet No. | Exchange | Wallet Type | Wallet Address | Service Date | Service Type |
|---|---|---|---|---|---|
| 1. | Binance | BTC | 1KAr47ZWdEmkLTPDjieF2mqHF7aJUoLEVD | 6/15/2023 | NFT |
| 2. | Binance | ETH | 0x5a44717f1A7EDe7Ff3C5C6668B7d6cd84323634E | 6/13/2023 | NFT |
| 3. | Gemini | ETH | 0xD620c2Db204247c3C4db370999C90d7b1E5023A2 | 6/15/2023 | Personal |
| 4. | OKX | ETH | 0xcA9B4a51C2ee3F65432f41ea71B6C693551B38F4 | 6/13/2023 | NFT |
| 5. | OKX | ETH | 0x1ce6880Ae94db5FBb5772EdA73A29c101F4D7D0d | 6/13/2023 | NFT |
| 6. | OKX | ETH | 0xE62462b570A34Cc19C59005289D193fb2fB6E3EA | 6/13/2023 | NFT |
| 7. | UNK | ETH | 0x389505f098a29a994A3ed0e674f07cd451dde42C | 6/13/2023 | NFT |
| 8. | UNK | ETH | 0x000F422887eA7d370FF31173FD3B46c8F66A5B1c | 6/13/2023 | NFT |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of June 2023.

By: _____
Daniel J. Thornburgh (BAR NO. 42661)
dthornburgh@awkolaw.com
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
*Attorneys for Plaintiffs*

STATE OF FLORIDA

COUNTY OF ESCAMBIA

Subscribed and sworn to before on June 21, 2023, by Daniel J. Thornburgh, personally known to me.

_____
Notary Public Signature

[SEAL]

DEBRA M. CROSS
Notary Public - State of Florida
Commission # HH 236366
My Comm. Expires May 22, 2026
Bonded through National Notary Assn.

My Commission Expires: May 22, 2026

# EXHIBIT "A"

**MARCO OHLIN and NATASHA PARACHA**

v.

**DEFENDANT "1" a/k/a "SELINA" and JOHN DOES 1-20, as yet unidentified Individuals, Business Entities and/or Unincorporated Associations.**

United States District Court Northern District of Florida
Case No. 3:23-cv-08856

**SEE IMPORTANT LEGAL NOTICES BELOW**

On May 18, 2023, in the United States District Court for the Northern District of Florida, Marco Ohlin and Natasha Paracha filed an Amended Complaint for Conversion of Stolen Cryptocurrencies.

The filings and orders in this matter are available at the URL link below:

https://usdccourtservice.com/cv-08856/

**NOTICE NO. 1 TO DEFENDANTS**

If you fail to respond to this Amended Complaint, judgment by default will be entered against you for the relief demanded in the First Amended Complaint for Conversion of Stolen Cryptocurrencies. To prevent this from happening, you must file a response with the court clerk or administrator within 21 days from the date this message was posted.

Your response must be in proper form and have proof of service on the Plaintiffs' attorney:
Daniel J. Thornburgh, Esq. 17 E. Main Street, Ste 200, Pensacola, FL 32503

**NOTICE NO. 2 TO DEFENDANTS**

On June 8, 2023, the Court entered an order extending the Temporary Restraining Order by 14 days and Scheduled a Hearing on June 22, 2023, to convert the Temporary Restraining Order into a Preliminary Injunction.

For further details, see the filings, including the Order Extending Temporary Restraining Order dated June 8, 2023.

# EXHIBIT "B"

MARCO OHLIN and NATASHA PARACHA

v.

DEFENDANT "1" a/k/a "SELINA" and JOHN DOES 1-20, as yet unidentified Individuals, Business Entities and/or Unincorporated Associations.

United States District Court Northern District of Florida

Case No. 3:23-cv-08856-TKW-HTC

## SEE IMPORTANT LEGAL NOTICES BELOW

On May 18, 2023, in the United States District Court for the Northern District of Florida,

Marco Ohlin and Natasha Paracha filed an

Amended Complaint for Conversion of Stolen Cryptocurrencies.

The filings and orders in this matter are available below.

## NOTICE NO. 1 TO DEFENDANTS

If you fail to respond to this Amended Complaint, judgment by default will be entered against you for the relief demanded in the First Amended Complaint for Conversion of Stolen Cryptocurrencies. To prevent this from happening, you must file a response with the court clerk or administrator within 21 days from the date this message was posted. Your response must be in proper form and have proof of service on the Plaintiffs' attorney: Daniel J. Thornburgh, Esq. 17 E. Main Street, Ste 200, Pensacola, FL 32503

## NOTICE NO. 2 TO DEFENDANTS

On June 8, 2023, the Court entered an order extending the Temporary Restraining Order by 14 days and Scheduled a Hearing on June 22, 2023, to convert the Temporary Restraining Order into a Preliminary Injunction.

For further details, see the filings, including the Order Extending Temporary Restraining Order dated June 8, 2023.

| | |
|---|---|
| Complaint – 04/27/2023 | VIEW (PDF) |

| | |
|---|---|
| Summons – 04/27/2023 | VIEW (PDF) |

| | |
|---|---|
| First Amended Complaint for Conversion of Stolen Cryptocurrencies – 05/18/2023 | VIEW (PDF) |

| | |
|---|---|
| Summons – 05/18/2023 | VIEW (PDF) |

| | |
|---|---|
| Emergency Motion for Temporary Restraining Order Without Notice Against Defendants – 05/26/2023 | VIEW (PDF) |

| | |
|---|---|
| Order Granting Ex Parte Motion for Temporary Restraining Order – 05/26/2023 | VIEW (PDF) |

| | |
|---|---|
| Order Extending Temporary Restraining Order and Setting Hearing on Preliminary Injunction – 06/08/23 | VIEW (PDF) |

# EXHIBIT "C"

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-08856-TKW-HTC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* AZUSENA MEZA
was received by me on *(date)* 6-14-23 .

☑ I personally served the summons on the individual at *(place)* 5018 Jurgenson way
on *(date)* 6-15-23 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 90.00 for travel and $ _____ for services, for a total of $ 90. 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/15/23

Clifford Black
*Server's signature*

Clifford Black Process Server
*Printed name and title*

2927 Marconi Ave Sacramento, CA 95821
*Server's address*

Additional information regarding attempted service, etc: