# United States District Court
## Civil Hearing Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 9:00 AM | Case No. | 3:23cv8856-TKW/HTC |
| Time Concluded | 9:15 AM | Date | June 22, 2023 |

**DOCKET ENTRY:** Preliminary Injunction Hearing held. Court finds notice has been provided for today's hearing. Court grants request for Preliminary Injunction. Order to be entered.

PRESENT: U.S. DISTRICT JUDGE    **T. KENT WETHERELL, II**    Paula Cawby    Julie Wycoff
                                                              Deputy Clerk   Court Reporter

**Style of Case:**   OHLIN et al v. DEFENDANT "1" a/k/a "SELINA" et al

| Plaintiff Counsel Present | Plaintiff |
|---|---|
| Daniel Thornburgh | Marco Ohlin, et al |
| Maury Goldstein | |

| Defendant Counsel Present | Defendant |
|---|---|
| | Defendant "1," et al |

**PROCEEDINGS**